# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 23-333V**
Filed: September 3, 2026

* * * * * * * * * * * * * *
AUSTEN WALKER, *
*
Petitioner, *
*
v. *
*
SECRETARY OF HEALTH *
AND HUMAN SERVICES, *
*
Respondent. *
* * * * * * * * * * * * * *

*Gil L. Daley, II, Esq.*, Law Office of Gil L. Daley, II, P.C., Fort Worth, TX, for petitioner.
*Mary E. Holmes, Esq.,* U.S. Dept. of Justice, Washington, DC, for respondent.

**ORDER CONCLUDING PROCEEDINGS**[1]

**Roth,** Special Master:

On March 8, 2023, Austen Walker ("petitioner") filed a petition for Vaccine Compensation in the National Vaccine Injury Compensation Program ("the Program"),[2] alleging that he suffered injuries as a result of the meningococcal vaccine he received on January 7, 2022. Petition, ECF No. 1; *see also* ECF Nos. 32, 61.

After completion of Pre-Assignment Review ("PAR"), the case was initially assigned to Special Master Young. ECF Nos. 65-66. It was reassigned to the undersigned on April 6, 2026. ECF Nos. 85-86.

Respondent filed his Rule 4(c) Report on July 21, 2026. ECF No. 89. Petitioner was ordered

[1] Because this Order contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Order will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned finds that the identified material fits within this definition, such material will be redacted from public access.
[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

to file the outstanding records identified in the Rule 4(c) Report.

On September 2, 2026, the parties filed a joint motion to voluntarily dismiss the petition pursuant to Vaccine Rule 21(a). ECF No. 91.

Vaccine Rule 21(a)(1) allows a petitioner to voluntarily dismiss the petition without order of the special master or court by filing either (A) a notice of dismissal before respondent's Rule 4(c) Report or (B) by filing a stipulation of dismissal signed by all parties. As respondent has filed his Rule 4(c) Report in this case, this motion to voluntarily dismiss falls under Vaccine Rule 21(a)(1)(B). Both parties have signed the stipulation to dismiss. ECF No. 91.

Accordingly, the motion to voluntarily dismiss is **GRANTED**.

**IT IS SO ORDERED.**

**s/ Mindy Michaels Roth**
Mindy Michaels Roth
Special Master